USDC KYWD (v 10.VC.1) 245B (12/04) Sheet 2 - Imprisonment

Judgment-Page 3 of 6

DEFENDANT: **KRANE, LEONARD**
CASE NUMBER: **3:03CR-00093-S**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twenty-eight (28) months as to Count 3 in the Second Superseding Indictment.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at          A.m. / p.m. on

  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☒ Before 2:00 p.m. on the date

  ☒ as notified by the United States Marshal.

  ☐ As notified by the Probation or Pretrial Services Office.

☒ The defendant shall continue under the terms and conditions of his present bond pending surrender to the institution.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __2/20/07__ To __FPC__ VS
at __Pensacola FL__, with a certified copy of this judgment.

Scott P Fisher Warden
UNITED STATES MARSHAL

By __[signature]__ U/E
Deputy U.S. Marshal